UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 14 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. **4:21CR00399 SRC/JMB** |
| DREW HAMILTON CLARK, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about May 22, 2021, and continuing to on or about May 26, 2021, in St. Louis City, within the Eastern District of Missouri, and elsewhere,

**DREW HAMILTON CLARK,**

the Defendant herein, knowingly possessed a stolen firearm, that is a black 9mm caliber SigSauer semi-automatic pistol model P365 SAS bearing serial number 66B367545, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Section 922(j).

### COUNT TWO

The Grand Jury further charges that:

On or about May 26, 2021, in St. Louis City, within the Eastern District of Missouri,

**DREW HAMILTON CLARK,**

the Defendant herein, took a motor vehicle, to wit, a Dodge pickup truck, that had been transported, shipped, and received in interstate commerce in the presence of victims S.R. and D.B. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119.

## COUNT THREE

The Grand Jury further charges that:

On or about May 26, 2021, in St. Louis City, within the Eastern District of Missouri,

**DREW HAMILTON CLARK,**

the Defendant herein, knowingly brandished a firearm in furtherance of a crime of violence which may be prosecuted in a court of the United States, that is, carjacking as charged in Count Two.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FOUR

The Grand Jury further charges that:

On or about May 26, 2021, in St. Louis City, within the Eastern District of Missouri,

**DREW HAMILTON CLARK,**

the Defendant herein, took a motor vehicle, to wit, a Jeep Cherokee, that had been transported, shipped, and received in interstate commerce from T.G. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119.

## COUNT FIVE

The Grand Jury further charges that:

On or about May 26, 2021, in St. Louis City, within the Eastern District of Missouri,

**DREW HAMILTON CLARK,**

the Defendant herein, knowingly brandished a firearm in furtherance of a crime of violence which may be prosecuted in a court of the United States, that is, carjacking as charged in Count Four.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SIX

The Grand Jury further charges that:

On or about May 26, 2021, in St. Louis City, within the Eastern District of Missouri,

**DREW HAMILTON CLARK,**

the Defendant herein, took a motor vehicle, to wit, a Subaru Impreza, that had been transported, shipped, and received in interstate commerce from M.A. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119.

### COUNT SEVEN

The Grand Jury further charges that:

On or about May 26, 2021, in St. Louis City, within the Eastern District of Missouri,

**DREW HAMILTON CLARK,**

the Defendant herein, knowingly brandished a firearm in furtherance of a crime of violence which may be prosecuted in a court of the United States, that is, carjacking as charged in Count Six.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
C. RYAN FINLEN, #6305918(IL)
Assistant United States Attorney